AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

| | |
|---|---|
| DAVID EDEL; MARK RISLEY;<br>and their partnership<br>(the "EDEL-RISLEY PARTNERSHIP")<br><br>*Plaintiff(s)*<br><br>v.<br><br>WES FARRELL and<br>21 GOLF CLUB, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.    CV 126-124 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wes Farrell,
606 Milledge Rd., Augusta, GA 30904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cary Burke
Lee Meir Burke, LLC
695 Pylant Street N.E., Suite 105, Atlanta, GA 30306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/10/2026

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

| | |
|---|---|
| DAVID EDEL; MARK RISLEY; and their partnership (the "EDEL-RISLEY PARTNERSHIP") <br><br> *Plaintiff(s)* <br><br> v. <br><br> WES FARRELL and 21 GOLF CLUB, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  CV 126-124 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  21 Golf Club, LLC
c/o Registered Agents, Inc.
6650 Rivers Ave., Suite 100
Charleston, SC 29406


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cary Burke
Lee Meir Burke, LLC
695 Pylant Street N.E., Suite 105, Atlanta, GA 30306


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/10/2026

*Signature of Clerk or Deputy Clerk*