# United States District Court

## *Southern District of Georgia*

David Edel, Mark Risley, and the Edel-Risley Partnership
Plaintiff

Case No. 1:26-cv-00124-JRH-BKE

v.

Wes Farrell and 21 Golf Club, LLC
Defendant

Appearing on behalf of
Plaintiffs
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of August, 2026.

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

*****

NAME OF PETITIONER: Austin Parker Coe

Business Address: Alex Bartko Law, LLC
Firm/Business Name

3344 Peachtree Rd NE
Street Address

| Suite 800 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404)537-8644 | 952511 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: austin@alexbartkolaw.com